AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>07cv116 | DATE FILED<br>2/23/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Access Group Inc. | | DEFENDANT<br><br>The Education Resources Institute Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,680,791 | 1/28/03 | Access Group Inc. |
| 2 | 2,226,409 | 2/23/99 | Access Group Inc. |
| 3 | 2,107,587 | 10/21/97 | Law Access Inc. |
| 4 | 2,036,061 | 2/4/97 | Law Access Inc. |
| 5 | 2,036,062 | 2/4/97 | Law Access Inc. |
| | 1,994,686 | 8/20/96 | Law Access Inc. |
| | 1,953,050 | 1/30/96 | Law Access Inc. |
| | 1,956,095 | 2/13/96 | Law Access Inc. |
| | 1,956,097 | 2/13/96 | Law Access Inc. |
| | 2,093,437 | 9/2/97 | Law Access Inc. |
| | 2,036,077 | 2/4/97 | Law Access Inc. |
| | 2,084,912 | 7/29/97 | Law Access Inc. |
| | 2,395,179 | 10/17/00 | Access Group Inc. |
| | 2,395,180 | 10/17/00 | Access Group Inc |
| | 2,680,790 | 1/28/03 | Access Group Inc |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |

AO 120 (Rev. 3/04)

| 4 | | |
|---|---|---|
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 2/27/07 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**