IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-_____ |
| | ) |
| THE EDUCATION RESOURCES INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

## ACCESS GROUP INC.'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, counsel hereby certifies that plaintiff Access Group, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Access Group, Inc.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
Elena C. Norman (No. 4780)
Sara Beth A. Reyburn (No. 4137)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
enorman@ycst.com
sreyburn@ycst.com
*Attorneys for Plaintiff Access Group, Inc.*

OF COUNSEL:

FOLEY & LARDNER LLP

Brian McNamara
3000 K Street NW, Suite 500
Washington, DC 20007
Phone (202) 672-5416
Fax (202) 672-5399

Richard J. McKenna
777 E. Wisconsin Ave
Milwaukee WI, 53202
Phone (414) 271-2400
Facsimile (414) 297-4900

Dated: February 23, 2007