AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**      **DELAWARE**

ACCESS GROUP, INC.

            Plaintiff,           **SUMMONS IN A CIVIL CASE**

      V.                               CASE NUMBER: 07-116 GMS

THE EDUCATION RESOURCES INSTITUTE,
INC.
            Defendant.

TO: (Name and address of defendant)

      The Education Resources Institute, Inc.
      c/o Charles R. Macedo
      Amster Rothstein & Ebstein, LLP
      90 Park Avenue, 21st Floor
      New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Elena C. Norman (No. 4780)
      Sara Beth A. Reyburn (No. 4137)
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P. O. Box 391
      Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   JUN 2 0 2007

CLERK                                                             DATE

*[signature]*

(BY) DEPUTY CLERK

DB02:5767500.1                                                                                                  048032.1014

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 20, 2007 |
| NAME OF SERVER (PRINT) June M. Sutton | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Fed Ex (Tracking No. 691427074630)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/20/07
Date

_June M. Sutton_
Signature of Server

Young Conaway Stargatt + Taylor LLP
The Brandywine Building
Wilmington, DE 19801

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DB02:5767500.1                                                                                              048032.1014