IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCESS GROUP, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-116-GMS |
| | ) | |
| THE EDUCATION RESOURCES INSTITUTE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to August 20, 2007.

The reasons for this extension are: (1) Defendant requires additional time to investigate the allegations of the Complaint and (2) Defendant has received no prior extensions of time within which to file its responses to the Complaint. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Elena C. Norman<br>Elena C. Norman (#4780)<br>Sara Beth A. Reyburn (#4137)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>enorman@ycst.com<br>sreyburn@ycst.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff Access Group, Inc.* | *Attorneys for Defendant*<br>*The Education Resources Institute, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

804119 / 31259