IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE EDUCATION RESOURCES )<br>INSTITUTE, INC. )<br>)<br>Defendant. ) | C.A. No. 07-116-GMS |

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, the parties in the above-referenced action have been actively engaged in ongoing, good faith settlement discussions;

WHEREAS, the parties believe an extension of the time until September 16, 2007 for Defendant to answer, move or otherwise respond to the Complaint would be beneficial to their settlement efforts;

WHEREAS, Plaintiff will not stipulate to any further extension of time beyond September 16, 2007, for Defendant to answer, move or otherwise respond to the Complaint;

NOW THEREFORE, Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to September 16, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Elena C. Norman<br>Elena C. Norman (#4780)<br>Sara Beth A. Reyburn (#4137)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>enorman@ycst.com<br>sreyburn@ycst.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Access Group, Inc.* | *Attorneys for Defendant*<br>*The Education Resources Institute, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

812636 / 31259