IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-116-GMS |
| ) | |
| THE EDUCATION RESOURCES ) | **JURY TRIAL DEMANDED** |
| INSTITUTE, INC. ) | |
| ) | |
| Defendant. ) | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Education Resources Institute discloses that it is has no parent corporation and, because it is a non-profit corporation organized under Chapter 180 of the Massachusetts General Laws, has no stockholders.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony F. Lo Cicero
Charles R. Macedo
Holly Pekowsky
Amster Rothstein & Ebenstein, LLP
90 Park Avenue, 21st Floor
New York, NY 10016
(212) 336-8074

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: September 14, 2007
818583 / 31259

*Attorneys for Defendant
The Education Resources Institute, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 14, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Elena C. Norman
Sara Beth A. Reyburn
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on September 14, 2007, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Brian McNamara<br>Foley & Lardner LLP<br>3000 K Street NW, Suite 500<br>Washington, DC 20007<br>bmcnamara@foley.com | Richard J. McKenna<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>rmckenna@foley.com |

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

804151