IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-116-GMS |
| | ) |
| THE EDUCATION RESOURCES INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Anthony F. Lo Cicero, Charles R. Macedo and Holly Pekowsky of Amster Rothstein & Ebenstein, LLP, 90 Park Avenue, 21st Floor, New York, New York, to represent defendant The Education Resources Institute in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: October 4, 2007
821812/31259

*Attorneys for Defendant*
*The Education Resources Institute, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 4, 2007        Signed:  /s/ *Anthony F. Lo Cicero*
                                     Anthony F. Lo Cicero
                                     Amster Rothstein & Ebenstein, LLP
                                     90 Park Avenue, 21st Floor
                                     New York, New York 10016
                                     Telephone: 212-336-8110
                                     alocicero@arelaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 4, 2007         Signed: /s/ *Charles R. Macedo*
                                      Charles R. Macedo
                                      Amster Rothstein & Ebenstein, LLP
                                      90 Park Avenue, 21st Floor
                                      New York, New York 10016
                                      Telephone: 212-336-8074
                                      cmacedo@arelaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 4, 2007      Signed:  /s/ *Holly Pekowsky*
                                   Holly Pekowsky
                                   Amster Rothstein & Ebenstein, LLP
                                   90 Park Avenue, 21st Floor
                                   New York, New York 10016
                                   Telephone: 212-336-8116
                                   hpekowsky@arelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 4, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Elena C. Norman
Sara Beth A. Reyburn
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on October 4, 2007, I have Electronically Mailed the documents to the following:

Brian McNamara
Foley & Lardner LLP
3000 K Street NW, Suite 500
Washington, DC 20007
bmcnamara@foley.com

Richard J. McKenna
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
rmckenna@foley.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804151