IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCESS GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-116-GMS |
| | ) | |
| THE EDUCATION RESOURCES | ) | Jury Trial Demanded |
| INSTITUTE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard J. McKenna of Foley & Lardner, LLP, 777 East Wisconsin Ave., Milwaukee, Wisconsin, 53202 to represent Plaintiff Access Group, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sara Beth A. Reyburn*
Elena Norman (#4780)
Sara Beth Reyburn (#4137)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600
enorman@ycst.com
sreyburn@ycst.com
Attorneys for Plaintiff Access Group, Inc.

Dated: December 19, 2007

### ORDER GRANTING MOTION

It is hereby ordered that counsel's motion for admission *pro hac vice* of Richard J. McKenna is granted.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to the Local Rule 83.5, I, Richard J. McKenna, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Michigan and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Richard J. McKenna
Foley & Lardner LLP
777 East Wisconsin Ave
Milwaukee, Wisconsin 53202
(414) 297-5723 Telephone
(414) 297-4900 Fax

DATED: December 17, 2007

## CERTIFICATE OF SERVICE

I, Sara Beth A. Reyburn, Esquire, hereby certify that on December 19, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz
>David E. Moore
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19899

Additionally, I hereby certify that on December 19, 2007, the foregoing document was served on the above-listed counsel and on the following counsel as indicated:

### BY E-MAIL

>Anthony F. Lo Cicero
>Charles R. Macedo
>Holly Pekowsky
>Amster Rothstein & Ebenstein, LLP
>90 Park Avenue, 21st Floor
>New York, NY 10016

>*/s/ Sara Beth A. Reyb___*
>Sara Beth A. Reyburn (No. 4137)
>sreyburn@ycst.com
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>302-571-6600