IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ACCESS GROUP, INC.,                         )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )       C.A. No. 07-116 GMS
                                            )
THE EDUCATION RESOURCES                     )
INSTITUTE, INC.,                            )
                                            )
                Defendant.                  )
                                            )

## ORDER

At Wilmington, this 20th day of December, 2007, after having conducted a Rule 16

scheduling conference and having consulted with the magistrate judge;

IT IS HEREBY ORDERED that this action is referred to Magistrate Judge Thynge for

mediation, which is scheduled for **Thursday, March 6, 2008, at 10:30 a.m.**  In anticipation of the

mediation, each party shall submit a mediation statement on or before **Monday, February 25, 2008**.


                                /s/ Gregory M. Sleet
                                CHIEF, UNITED STATES DISTRICT JUDGE