IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE EDUCATION RESOURCES )<br>INSTITUTE, INC. )<br>)<br>Defendant. ) | C.A. No. 07-116-GMS |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on April 7, 2008, a voluntary petition (the "Petition") was filed by The Education Resources Institute, Inc., in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division), which case is presently pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as Case No. 08-12540 (HJB). Please take further notice that pursuant to section 362 of the Bankruptcy Code, the commencement or continuation of a judicial, administrative or other action or proceeding is stayed upon filing of the Petition.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony F. Lo Cicero
Charles R. Macedo
Holly Pekowsky
AMSTER ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue, 21st Floor
New York, NY 10016
(212) 336-8074

Dated: April 17, 2008
860725 / 31259

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*The Education Resources Institute, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 17, 2008, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Elena C. Norman
Sara Beth A. Reyburn
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on April 17, 2008, the attached document was Electronically Mailed to the following persons:

| | |
|---|---|
| Brian McNamara<br>Foley & Lardner LLP<br>3000 K Street NW, Suite 500<br>Washington, DC 20007<br>bmcnamara@foley.com | Richard J. McKenna<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>rmckenna@foley.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

804151

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCESS GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-116-GMS |
| | ) | |
| THE EDUCATION RESOURCES INSTITUTE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

ON CONSIDERATION of the Suggestion of Bankruptcy pursuant to title 11 of the United States Code, 11 U.S.C. § 101 et. seq., and in accordance with 11 U.S.C. § 362, the automatic stay provision, it is hereby ORDERED, ADJUDGED, and DECREED that all proceedings in the above-captioned matter are stayed.

SO ORDERED this _____ _____ day of _____, 2008

_____
Chief Judge Gregory M. Sleet