IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCESS GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-116-GMS |
| | ) |
| THE EDUCATION RESOURCES | ) |
| INSTITUTE, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

ON CONSIDERATION of the Suggestion of Bankruptcy pursuant to title 11 of the United States Code, 11 U.S.C. § 101 et. seq., and in accordance with 11 U.S.C. § 362, the automatic stay provision, it is hereby ORDERED, ADJUDGED, and DECREED that all proceedings in the above-captioned matter are stayed.

SO ORDERED this 21st day of April, 2008

Chief Judge Gregory M. Sleet

FILED
APR 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE